IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**TERRY LEE**                                                                                                  **PLAINTIFF**

v.                                     **2:08CV00041 JMM**

**PHILLIPS COUNTY, ARKANSAS, ET AL.**                            **DEFENDANTS**

## ORDER

On April 15, 2008, this Court entered an Order directing plaintiff to file an amended complaint on, or before, April 30, 2008. On May 15, 2008, the Court further advised petitioner that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his petition. As of this date, plaintiff has not filed an amended complaint or otherwise corresponded with the Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff's failure to respond to this Court's April 15, 2008 Order, the Court will dismiss the petition without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this  17  day of  June , 2008.

_____
United States District Judge