# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**TERRY LEE**                                                                                       **PLAINTIFF**

v.                                    **2:08CV00041 JMM**

**PHILLIPS COUNTY, ARKANSAS, ET AL.**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.

IT IS SO ADJUDGED this  17  day of  June , 2008.

_____
James M. Moody
United States District Judge